

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kenneth Gene Jackson, Appellant

No. 06-13-00204-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR12-294). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. Dissenting Opinion by Justice Mosely.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Kenneth Gene Jackson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk